1  Christopher B. Dolan (SBN 165358)
   **THE DOLAN LAW FIRM**
2  1438 Market Street
   San Francisco, California 94102
3  Telephone:   (415) 421-2800
   Facsimile:    (415) 421-2830
4

5  Attorneys for Plaintiff
   Kevin Halpern and
6  Celluride Wireless, Inc.

7

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12  KEVIN HALPERN; CELLURIDE          CASE NO.: 4:15-CV-02401-JSW
    WIRELESS INC.,
13                                    Judge: Hon. Jeffrey S. White
                   Plaintiffs,        Courtroom: 5
14
          v.
15                                    **JOINT STIPULATION AND
16                                    DEMONSTRATION OF GOOD CAUSE
                                      TO CONTINUE THE HEARING AND
    UBER TECHNOLOGIES INC., TRAVIS    BRIEFING SCHEDULE ON THE
17  KALANICK, GARRETT CAMP, BILL      MOTION TO DISMISS FILED BY
    TRENCHARD, SCOTT BELSKY, BILL     DEFENDANTS AND THE CASE
18  GURLEY, BENCHMARK CAPITAL,        MANAGEMENT CONFERENCE; AND
    BENCHMARK, FOUNDER COLLECTIVE,    REQUEST FOR ORDER**
19  FIRST ROUND CAPITAL, RAISER L.L.C.,
    RAISER CA L.L.C. and DOES 1-250,  **[PROPOSED] ORDER GRANTING
20                                    STIPULATED REQUEST TO
                   Defendants.        CONTINUE HEARING AND BRIEFING
21                                    SCHEDULE ON MOTION TO DISMISS
                                      AND CONTINUING CASE
22                                    MANAGEMENT CONFERENCE**
                                      AS MODIFIED HEREIN
23                                    Hearing
                                      Date: August 28, 2015
24                                    Time: 9:00 a.m.
                                      Courtroom: 5
25

26

27

28

Stipulation and [Proposed] Order To Continue Hearing Dates on Motions to Dismiss
and to  Continue the Case Management Conference Date.

Page 1

1
2
3       The parties submit the following stipulation and demonstration of good cause to continue

4   the hearing and briefing schedule on the defendants' motion to dismiss pursuant to the

5   requirements in the Court's General Civil Standing Order, number 4.

6       WHEREAS Defendants filed two motions to dismiss on July 13, 2015 that seek to have

7   all defendants dismissed from the case.

8
9       WHEREAS Defendants' motions to dismiss are currently set for hearing on August 28,

10  2015, and Plaintiff's oppositions are due on July 27, 2015, pursuant to Local Rule 7-3(a).

11      WHEREAS on July 16, 2015, Plaintiff's Counsel emailed Defendants' Counsel and

12  informed him that he is out of the United States on vacation and will be gone over the next three

13
14  weeks on vacation and then dealing with some family business.  Plaintiff's Counsel requested a

15  three week extension of the hearing and of Plaintiff's time to respond to the motion.

16      WHEREAS the initial case management conference in this case is also set for August 28,

17  2015.  The case management conference is set for 11:00 a.m. in Courtroom 5.

18
19      THE PARTIES HEREBY SUBMIT THAT GOOD CAUSE EXISTS AND

20  THEREUPON STIPULATE to have the hearings on Defendants' motions to dismiss continued

21  from August 28 to September 11, 2015, or as soon thereafter as the Court is available.  The

22  parties also stipulate to continue the deadline for Plaintiff to file his oppositions to the motions to

23  August 17, 2015 and the deadline for the Defendants' replies to August 28, 2015.

24
25      THE PARTIES SUGGEST AND STIPULATE that it would preserve judicial resources

26  to continue the case management conference date to coincide with the new date for the motions

27
28

Stipulation and [Proposed] Order To Continue Hearing Dates on Motions to Dismiss
and to  Continue the Case Management Conference Date.

Page 2

1  to dismiss and to continue the deadline to submit the joint case management conference

2  statement to one week before the new case management conference date.

3

4  Dated:  July 22, 2015                    THE DOLAN LAW FIRM

5                                           By: /s/ Christopher B. Dolan
                                                Christopher B. Dolan
6                                               Attorneys for Plaintiffs Kevin Halpern and
                                                Celluride Wireless Inc.
7

8  Dated:  July 22, 2015                    DURIE TANGRI, LLP

9                                           By: /s/ Ragesh K. Tangri
                                                Ragesh K. Tangri
10                                              Attorneys for Defendants Uber Technologies, Inc.,
                                                Travis Kalanick, Garret Camp, Bill Trenchard, etc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order To Continue Hearing Dates on Motions to Dismiss
and to  Continue the Case Management Conference Date.

Page 3

[PROPOSED]

## ORDER GRANTING STIPULATED REQUEST TO
## CONTINUE HEARING AND BRIEFING SCHEDULE

Pursuant to the stipulation of the parties, the Court finds good cause to continue the hearing and briefing schedule on the defendants' motion to dismiss that is currently set for hearing on August 28, 2015.  The Court hereby issues the following schedule for the motion.

1)   The motion to dismiss will be heard on September  18  , 2015 at 9:00 a.m., in Courtroom 5.

2)   Plaintiff's opposition to the motion is due August 17, 2015.

3)   Defendants' reply to Plaintiff's opposition is due August 28, 2015.

4)   The case management conference, currently set for August 28, 2015, will be VACATED and rescheduled after the Court has resolved all of the pending motions. continued to September ___, 2015 at ____ a.m. in Courtroom 5.

5)   The joint case management conference statement will be due on September ___, 2015, one week before the case management conference hearing.

IT IS SO ORDERED.

Dated: July 23 , 2015                           By: _____
                                                         Hon. Jeffrey S. White

Stipulation and [Proposed] Order To Continue Hearing Dates on Motions to Dismiss
and to  Continue the Case Management Conference Date.

Page 4